ENTERED ON DOCKET

9/20/99 PURSUANT

TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

1

MIGUEL A. ANDINO-PASTRANA,

2

3          Plaintiff,                         Civil No. 98-1903 (JAF)

4       v.

5

MUNICIPALITY OF SAN JUAN;

6  HON. SILA MARIA CALDERON, as
   Mayor of San Juan, and EDUARDO
7  RIVERO ALBINO, as an officer
   of said Municipality,
8

9          Defendants.

10 ----------------------------------

RECEIVED & FILED
99 SEP 20 PM 2:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

11

                    **J U D G M E N T**

12

13      On the basis of the terms and conditions of an Opinion and Order

14  subscribed by the court today, judgment is entered dismissing the

15  complaint filed herein.

16      San Juan, Puerto Rico, this    17th   day of September, 1999.

17

18                              _____
                                 JOSE ANTONIO FUSTE
19                               U. S. District Judge

20

21

22

23

24

25

26

AO 72
(Rev 8/82)